IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTRELL K. MORRIS,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                        Case No. 13-cv-327-wmc

R. WERLINGER, Warden,
FCI - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by Montrell K. Morris for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction.

| /s/ | 12/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |