IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MONTRELL K. MORRIS,

                Petitioner,           OPINION AND ORDER

    v.

                                          13-cv-327-wmc

R. WERLINGER, WARDEN,
FCI-OXFORD,

                Respondent.

---

On December 19, 2013, this court dismissed the habeas corpus petition filed by federal prisoner Montrell K. Morris pursuant to 28 U.S.C. § 2241. It did so after concluding that it lacked jurisdiction to consider his proposed challenge to a conviction from the United States District Court for the Eastern District of Wisconsin. Morris has now filed a motion for "rehearing," which the court construes as governed by Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), a movant must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Morris does not establish such an error here. Therefore, his motion is denied.

ORDER

IT IS ORDERED that the motion for rehearing filed by Montrell K. Morris (Dkt. # 7) is DENIED.

Entered this 8th day of January, 2014.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          WILLIAM M. CONLEY
                                          District Judge