IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 JAN 17 PM 2:58
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

MONTRELL K. MORRIS, )
    Petitioner-Appellant )
)
v. ) Case No. 13-cv-327-wmc
)
R. WERLINGER, Warden, )
OXFORD-FCI, )
    Respondent-Appellee. )

### NOTICE OF APPEAL

Montrell Morris tenders this notice of appeal to the district court's "Opinion And Order," denying relief upon a 28 U.S.C. §2241 Petition under a claim of lack of jurisdiction to address the actual innocence and lack of federal jurisdiction to have pursued criminal charges upon the Federal Eastern District Court of Wisconsin's Case No. 11-CR-175, which opinion and order were issued on December 19, 2013; and request for rehearing was dismissed on January 8, 2014.

Date: January 16, 2014

Respectfully Submitted,

*Montrell K. Morris,*
MONTRELL K. MORRIS
#11217-089
Pro se
Fed. Corr. Inst.
P.O. Box 1000
Oxford, WI 53952